UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

M.V.B COLLISION INC. d/b/a
MID-ISLAND COLLISION,

Docket No.:CV 07 187 (JFB) (MLO)

                      Plaintiff(s),

**AFFIDAVIT OF SERVICE**

  -against-

ALLSTATE INSURANCE COMPANY,

                      Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) SS.:
COUNTY OF NASSAU     )

DAVID GREENBERG, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age, and resides in the State of New York.

That on the 31st day of March, 2010, deponent served the within **NOTICE OF CROSS MOTION; DECLARATION OF CHRISTOPHER INVIDIATA and EXHIBITS; MEMORANDUM OF LAW; DECLARATION OF BRIAN MCGAUVRAN; DECLARATION OF FREDERIC B. JENNINGS. Jr., P.h.D and EXHIBITS**:

TO:    SEYFARTH SHAW LLP
         620 Eighth Avenue
         New York, NY 10018

The addresses designated by said attorneys for that purposes by depositing a true copy of same enclosed in postpaid properly addressed overnight mail wrapper in an official depository under the exclusive care and custody of the United Parcel Service within the State of New York.

                                                           DAVID GREENBERG

Sworn to before me this
31 day of March, 2010

Notary Public

SALLY TAYLOR
Notary Public, State of New York
No. 01TA6126220
Qualified in Nassau County
Commission Expires May 2, 2013