Andrew T. Hahn, Esq. (AH-6283)
David Monachino (DM-1527)
James S. Yu, Esq. (JY-9734)
Hema Chatlani, Esq. (HC-0126)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant Allstate Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| M.V.B. Collision, Inc. d/b/a<br>MID ISLAND COLLISION,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                    Defendant. | **ECF CASE**<br><br>07 CV 187 (JFB)(MLO)<br><br><br>**NOTICE OF MOTION** |

-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Andrew T. Hahn, Sr., Esq., executed on May 6, 2010 and all the pleadings and proceedings herein, Defendant Allstate Insurance Company ("Defendant"), by its undersigned counsel, will move this Court on June 16, 2010 at 4:30 p.m., or at a date and time to be determined by the Court, before The Honorable Joseph F. Bianco, United States District Judge, Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, New York 11722, for an order striking portions of Plaintiff's Affidavits and Rule 56 Counterstatement, the Declaration of Robert Jesberger, executed on March 29, 2010, and the Declaration of Brian McGauvran, executed on March 29, 2010.

12304199v.1

Dated: New York, New York
May 7, 2010

                    SEYFARTH SHAW LLP

                    By _____
                        Andrew T. Hahn (AH-6283)
                        David Monachino (DM-1527)
                        James S. Yu (JY-9734)
                        Hema Chatlani, Esq.  (HC-0126)
                  620 Eighth Avenue
                  New York, New York 10020-1801
                  (212) 218-5500

                  Attorneys for Defendant
                      Allstate Insurance Company

To:    Steven F. Goldstein, Esq.
        Steven F. Goldstein, LLP
        One Old Country Road, Suite 318
        Carle Place, New York 11514

12304199v.1