# APPENDIX

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 1 | Restatement | No citation to the record ("NCR") | AS deemed admitted |
| 2 | Admitted | | AS Admitted |
| 3 | Restatement | NCR | AS deemed admitted |
| 4 | Restatement | NCR | AS deemed admitted |
| 5 | Objection | NCR | AS deemed admitted |
| 6 | Objection/partially admitted | NCR | AS deemed admitted |
| 7 | Admitted | | AS Admitted |
| 8 | Admitted | | AS Admitted |
| 9 | Objection | | |
| 10 | Restatement | | Restatement admitted |
| 11 | Admitted | | MIC Admitted |
| 12 | Admitted | | AS Admitted |
| 13 | Admitted | | AS Admitted |
| 14 | Admitted | NCR | AS Admitted |
| 15 | Admitted | NCR | AS Admitted |
| 16 | Admitted | | AS Admitted |
| 17 | Objection | NCR | AS deemed admitted |
| 18 | Objection | NCR/Objection Based on Characterization ("OBC") | AS deemed admitted |
| 19 | Objection | NCR/OBC | AS deemed admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 20 | Objection | NCR/OBC | AS deemed admitted |
| 21 | Admitted | | AS Admitted |
| 22 | Admitted | | AS Admitted |
| 23 | Admitted | | AS Admitted |
| 24 | Objection | NCR/Legal Conclusion ("LC") | AS deemed admitted |
| 25 | Objection | NCR/LC | AS deemed admitted |
| 26 | Objection | NCR/LC | AS deemed admitted |
| 27 | Objection | NCR/LC | AS deemed admitted |
| 28 | Objection | NCR/LC | AS deemed admitted |
| 29 | Objection | LC | AS deemed admitted |
| 30 | Objection | NCR/LC | AS deemed admitted |
| 31 | Objection | NCR/LC | AS deemed admitted |
| 32 | Objection | NCR/LC | AS deemed admitted |
| 33 | Admitted with additional statements | | AS Admitted |
| 34 | Admitted with additional statements | | AS Admitted |
| 35 | Objection | NCR/LC | AS deemed admitted |
| 36 | Objection | NCR/OBC | AS deemed admitted |
| 37 | Admitted with additional statements | NCR | AS deemed admitted |
| 38 | Admitted | | AS Admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 39 | Admitted | | AS Admitted |
| 40 | Admitted with additional statements | NCR | AS deemed admitted |
| 41 | Admitted | | AS Admitted |
| 42 | Objection | OBC | AS deemed admitted |
| 43 | Objection | OBC | AS deemed admitted |
| 44 | Admitted | | AS Admitted |
| 45 | Admitted with additional statements | NCR | AS deemed admitted |
| 46 | Objection | OBC | AS deemed admitted |
| 47 | Admitted | | AS Admitted |
| 48 | Admitted | | AS Admitted |
| 49 | Admitted | | AS Admitted |
| 50 | Objection | OBC | AS deemed admitted |
| 51 | Objection | NCR/LC/OBC | AS deemed admitted |
| 52 | Objection | NCR/LC/OBC | AS deemed admitted |
| 53 | Objection | NCR/LC/OBC | AS deemed admitted |
| 54 | Objection | LC/OBC | AS deemed admitted |
| 55 | Objection | LC/OBC | AS deemed admitted |
| 56 | Objection | NCR/LC/OBC | AS deemed admitted |
| 57 | Objection | NCR/LC/OBC | AS deemed admitted |
| 58 | Objection | NCR/LC/OBC | AS deemed admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 59 | Objection | NCR/LC/OBC | AS deemed admitted |
| 60 | Objection | NCR/LC/OBC | AS deemed admitted |
| 61 | Objection | NCR/LC/OBC | AS deemed admitted |
| 62 | Objection | NCR/LC/OBC | AS deemed admitted |
| 63 | Objection | NCR/LC/OBC | AS deemed admitted |
| 64 | Admitted | | AS Admitted |
| 65 | Admitted | | AS Admitted |
| 66 | Objection | NCR/LC/OBC | AS deemed admitted |
| 67 | Objection | NCR/LC/OBC | AS deemed admitted |
| 68 | Objection | NCR/LC/OBC | AS deemed admitted |
| 69 | Objection | NCR/LC/OBC | AS deemed admitted |
| 70 | Admitted | | AS Admitted |
| 71 | Denied, but admitted that Mid Island personnel testified as witness | | AS Admitted |
| 72 | Denied, but admitted that Mid Island aided in drafting complaints | | AS Admitted |
| 73 | Denied but admitted offering to paying legal bills to sue Allstate | | AS Admitted |
| 74 | Admitted | | AS Admitted |
| 75 | Admitted | | AS Admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 76 | Admitted | | AS Admitted |
| 77 | Admitted | | AS Admitted |
| 78 | Admitted | | AS Admitted |
| 79 | Admitted | | AS Admitted |
| 80 | Objection | OBC | AS deemed admitted |
| 81 | Objection | OBC | AS deemed admitted |
| 82 | Objection | OBC | AS deemed admitted |
| 83 | Denied | NCR | AS deemed admitted |
| 84 | Objection | NCR | AS deemed admitted |
| 85 | Objection | NCR | AS deemed admitted |
| 86 | Objection | NCR | AS deemed admitted |
| 87 | Objection | NCR/LC/OBC | AS deemed admitted |
| 88 | Objection | NCR/LC | AS deemed admitted |
| 89 | Objection | NCR/LC | AS deemed admitted |
| 90 | Objection | NCR/LC | AS deemed admitted |
| 91 | Objection | NCR/LC/OBC | AS deemed admitted |
| 92 | Objection | NCR/OBC | AS deemed admitted |
| 93 | Objection | NCR/OBC | AS deemed admitted |
| 94 | Admitted that timeline is correct | | AS Admitted |
| 95 | Admitted | | AS Admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 96 | Objection | OBC | AS deemed admitted (correct Exhibit is Exhibit 13 to the Hahn Decl.) |
| 97 | Admitted | | AS Admitted |
| 98 | Objection | OBC | AS deemed admitted |
| 99 | Admitted | | AS Admitted |
| 100 | Objection | NCR/OBC | AS deemed admitted |
| 101 | Objection | LC | AS deemed admitted |
| 102 | Objection | NCR/OBC | AS deemed admitted |
| 103 | Admitted | | AS Admitted |
| 104 | Objection | OBC | AS deemed admitted |
| 105 | Objection | OBC | AS deemed admitted |
| 106 | Objection | OBC | AS deemed admitted |
| 107 | Admitted | | AS Admitted |
| 108 | Objection | OBC | AS deemed admitted |
| 109 | Objection | OBC | AS deemed admitted |
| 110 | Admitted | | AS Admitted |
| 111 | Admitted | | AS Admitted |
| 112 | Admitted | | AS Admitted |
| 113 | Objection | OBC | AS deemed admitted |
| 114 | Admitted | | AS Admitted |
| 115 | Admitted | | AS Admitted |
| 116 | Admitted | | AS Admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 117 | Objection | OBC | AS deemed admitted |
| 118 | Admitted | | AS Admitted |
| 119 | Objection | OBC | AS deemed admitted |
| 120 | Objection | OBC | AS deemed admitted |
| 121 | Objection | LC | AS deemed admitted |
| 122 | Admitted | | AS Admitted |
| 123 | Denied | LC/OBC | AS deemed admitted |
| 124 | Admitted | | AS Admitted |
| 125 | Admitted | | AS Admitted |
| 126 | Admitted/objection | OBC | AS deemed admitted |
| 127 | Admitted | | AS Admitted |
| 128 | Denied | LC | AS deemed admitted |
| 129 | Objection | NCR/OBC | AS deemed admitted |
| 130 | Objection | OBC | AS deemed admitted |
| 131 | Admitted | | AS Admitted |
| 132 | Objection | OBC | AS deemed admitted |
| 133 | Objection | OBC | AS deemed admitted |
| 134 | Objection | NCR/OBC | AS deemed admitted |
| 135 | Denied | OBC | AS deemed admitted |
| 136 | Admitted | | AS Admitted |
| 137 | Admitted | | AS Admitted |
| 138 | Admitted | | AS Admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 139 | Objection | OBC | AS deemed admitted |
| 140 | Objection | OBC | AS deemed admitted |
| 141 | Objection | OBC | AS deemed admitted |
| 142 | Admitted | | AS Admitted |
| 143 | Admitted | OBC | AS Admitted |
| 144 | Admitted | | AS Admitted |
| 145 | Objection | OBC | AS deemed admitted |
| 146 | Objection | NCR/OBC | AS deemed admitted |
| 147 | Objection | OBC | AS deemed admitted |
| 148 | Objection | NCR/OBC | AS deemed admitted |
| 149 | Objection | OBC | AS deemed admitted |
| 150 | Admitted | | AS Admitted |
| 151 | Objection | OBC | AS deemed admitted |
| 152 | Objection | OBC | AS deemed admitted |
| 153 | Admitted | | AS Admitted |
| 154 | Admitted | | AS Admitted |
| 155 | Admitted | | AS Admitted |
| 156 | Admitted | | AS Admitted |
| 157 | Admitted | | AS Admitted |
| 158 | Admitted | | AS Admitted |
| 159 | Admitted | | AS Admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 160 | Admitted | | AS Admitted |
| 161 | Objection | OBC | AS deemed admitted |
| 162 | Objection | OBC | AS deemed admitted |
| 163 | Admitted | | AS Admitted |
| 164 | Objection | OBC | AS deemed admitted |
| 165 | Objection | NCR | AS deemed admitted |
| 166 | Admitted | OBC | AS Admitted |
| 167 | Admitted | OBC | AS Admitted |
| 168 | Admitted | OBC | AS Admitted |
| 169 | Admitted | | AS Admitted |
| 170 | Objection | OBC | AS deemed admitted |
| 171 | Admitted | | AS Admitted |
| 172 | Objection | OBC | AS deemed admitted |
| 173 | Objection | NCR/OBC | AS deemed admitted (Exhibit A refers to the one annexed to Plaintiff's Expert Witness Identification Pursuant to Fed. R. Civ. P. 26(a)(2) dated July 8, 2009, which is a list of claim files) |
| 174 | Objection | NCR/OBC | AS deemed admitted |
| 175 | Objection | NCR/OBC | AS deemed admitted |
| 176 | Objection | NCR/OBC | AS deemed admitted |

| Allstate Rule 56.1 Statement ("AS") | Mid Island's Counterstatement ("MIC") | Basis for Allstate's Motion to Strike MIC | Proposed Finding by the Court |
|---|---|---|---|
| 177 | Objection | NCR/OBC | AS deemed admitted |
| 178 | Objection | OBC | AS deemed admitted |
| 179 | Admitted | | AS Admitted |
| 180 | Admitted/Objection | OBC | AS deemed admitted |
| 181 | Admitted/Objection | OBC | AS deemed admitted |
| 182 | Admitted/Objection | OBC | AS deemed admitted |
| 183 | Admitted/Objection | OBC | AS deemed admitted |