Andrew T. Hahn, Sr. (AH-6283)
David Monachino (DM-1527)
James S. Yu (JY-9734)
Hema Chatlani, Esq. (HC-0126)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant
Allstate Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
M.V.B. COLLISION, INC. d/b/a MID ISLAND COLLISION,

        Plaintiff,

    -against-

ALLSTATE INSURANCE COMPANY,

        Defendant.
-----------------------------------------------------------------x

**ECF CASE**

Civil Action No.
07 CV 187 (JFB)(MLO)

## CERTIFICATE OF SERVICE

I, Andrew T. Hahn, an attorney admitted to practice in this Court, certify that on this date, I electronically filed on behalf defendant Allstate Insurance Company ("Allstate"), the foregoing Reply Memorandum of Law in Further Support of Defendant Allstate Insurance Company's Motion to Strike Portions of Plaintiff's Affidavits and Rule 56.1 Counterstatement with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

12426985v.1

2

>Steven F. Goldstein, Esq.
>Steven F. Goldstein, LLP
>One Old Country Road, Suite 318
>Carle Place, New York 11514

I further certify that I caused a true and correct of the foregoing document with Appendix to be served by Federal Express to the above counsel and to the Court.

Date: New York, New York
      June 16, 2010

_____
Andrew T. Hahn