DATE: 9/13/2010                  AT: 10:07 a.m.
                                                                 Time: 7 min.

BEFORE JUDGE JOSEPH F. BIANCO:

<u>CIVIL CAUSE FOR TELEPHONE PRE TRIAL CONFERENCE</u>

DOCKET NUMBER: CV 07-0187

TITLE: MVB v. Allstate-telecon

<u>APPEARANCES:</u>

FOR PLAINTIFF(S): Christopher Invidiata

FOR DEFENDANT(S) Andrew Hahn, David Monachino, and James Yu

FTR: 10:07-10:14

| | |
|---|---|
| **X** | CASE CALLED. |
| **X** | COUNSEL FOR ALL SIDES PRESENT. |
| _____ | COUNSEL FOR _____ NOT PRESENT. |
| **X** | CONFERENCE HELD. |
| _____ | DISCOVERY TO BE COMPLETED BY_____ |
| _____ | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
| _____ | NEXT CONFERENCE SET FOR_____ |
| _____ | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____ FOR_____ |
| _____ | MOTION TO BE FILED BY __//2010__; RESPONSE BY __//2010__; REPLY BY __//2010__. |
| _____ | ORAL ARGUMENT SET FOR __//2010 at 11:00 a.m.__ |
| _____ | JURY SELECTION SET FOR_____ |
| _____ | TRIAL SET FOR_____ |
| **X** | OTHER Depositions are to be completed by November 15, 2010. The joint pre-trial order is to be submitted to the court by 1/14/2011. The court will schedule a conference 10 days of the filing of the joint pre trial order. |