# Steven F. Goldstein, LLP

**ATTORNEYS AT LAW**

One Old Country Road, Suite 318
Carle Place, New York 11514
Telephone (516) 873-0011
Facsimile (516) 873-0120

**CALIFORNIA OFFICE:**

RAMEY & DeBLANC, LLP
6033 W. Century Boulevard, #1180
Los Angeles, California 90045
Telephone (310) 988-2400

**STEVEN F. GOLDSTEIN**
sgoldstein@SFGLLP.com

**NEW JERSEY OFFICE:**

SONAGERI & FALLON, LLC
Continental Plaza II
Hackensack, New Jersey 07601
Telephone (201) 646-1000

March 30, 2011

**Via ECF & Overnight Mail**

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722
Attention: Hon. Joseph F. Bianco, U.S.D.J.

Re:   <u>M.V.B. Collision Inc. d/b/a Mid Island Collision v. Allstate Insurance Company</u>
      Docket No. 07-CV-187 (JFB)

Dear Judge Bianco:

As you are well aware, we are counsel for the plaintiff in this matter, M.V.B. Collision, and make this correspondence with regard to my request for an adjournment of the Daubert hearing presently scheduled for April 28, 2011 to the week of June 27, 2011, due to conflicts in my trial schedule.

Defendant's attorney Andrew Hahn has advised me that he is now a partner at Duane Morris, LLP and that he will be entering an appearance shortly. He however, does not oppose this request for an adjournment.

Thank you for your consideration of this request, as always I remain.

Very truly yours,

STEVEN F. GOLDSTEIN.

SFG:dyg

cc:   Andrew T. Hahn Esq.
      Duane Morris LLP
      1540 Broadway
      New York, NY 10036-4086