Andrew T. Hahn, Sr., Esq. (AH-6283)
**DUANE MORRIS LLP**
1540 Broadway
New York, NY  10036
(212) 692-1000
Attorneys for Defendant Allstate Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
M.V.B. COLLISION, INC. d/b/a                    :
MID ISLAND COLLISION,
                                                :     Civil Action No.
                Plaintiff,                            CV 07 187 (JFB) (TB)
                                                :
        -against-
                                                :     **NOTICE OF**
ALLSTATE INSURANCE COMPANY,                           **APPEARANCE**
                                                :
                Defendant.
                                                :
-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as co-counsel for Allstate Insurance Company, and requests that the undersigned hereinafter be served with all papers.

Dated:  New York, New York
        April 18, 2011

                                **DUANE MORRIS LLP**

                                By: /s/    Andrew T. Hahn, Sr.
                                        Andrew T. Hahn, Sr.
                                1540 Broadway
                                New York, NY  10036
                                (212) 692-1066
                                athahn@duanemorris.com

                                Attorneys for Defendant
                                Allstate Insurance Company

DM1\2594131.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be filed electronically the foregoing Notice of Notice of Appearance of Andrew T. Hahn, Sr., Esq., with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Steven F. Goldstein, Esq.
> Steven F. Goldstein, LLP
> One Old Country Road, Suite 318
> Carle Place, New York  11514
> Tel:  516-873-0011
> sgoldstein@sfgllp.com

Dated: New York, New York
       April 18, 2011

                                          _/s/___Andrew T. Hahn.Sr._____
                                                Andrew T. Hahn, Sr.