DATE:<u>6/23/2011</u>                                         AT:<u>11:14 a.m.</u>

BEFORE JUDGE JOSEPH F. BIANCO:

<u>CIVIL STATUS CONFERENCE</u>

DOCKET NUMBER: <u>CV 07-187                </u>

TITLE: <u>MVB Collision v. Allstate       </u>

APPEARANCES:

FOR PLAINTIFF(S):<u> Steven Goldstein       </u>

FOR DEFENDANT(S):<u> Andrew Hahn   </u>

FTR: 11:14-11:25

<u>  X  </u>      CASE CALLED.

<u>  X  </u>      COUNSEL FOR ALL SIDES PRESENT.

<u>     </u>      COUNSEL FOR <u>                      </u> NOT PRESENT.

<u>  X  </u>      CONFERENCE HELD.

<u>     </u>      DISCOVERY TO BE COMPLETED BY<u>                              </u>

<u>     </u>      PARTIES TO COMPLETE<u>                                        </u>
             BY THE NEXT CONFERENCE OR BY<u>                             </u>

<u>     </u>      NEXT CONFERENCE SET FOR<u>                                  </u>

<u>     </u>      CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE<u>        </u>
             FOR<u>                   </u>

<u>     </u>      MOTION TO BE FILED BY <u>    /   /2011 </u>;
                    RESPONSE BY <u>    /   /2011 </u>;
                    REPLY BY    <u>    /   /2011 </u>.

<u>     </u>      ORAL ARGUMENT SET FOR <u>                                   </u>

<u>     </u>      JURY SELECTION SET FOR<u>                                   </u>

<u>     </u>      TRIAL SET FOR<u>                                            </u>

<u> X  </u>      OTHER<u> Jury trial is adjourned.  Submit a letter to the court by 7/1/11.                     </u>