DATE: 12-19-2011                              AT: 10:30 a.m.
                                              Time in Court: 2 min.
BEFORE JUDGE JOSEPH F. BIANCO:

           CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

DOCKET NUMBER: CV 07-187

TITLE: M. V. B. Collision, Inc. V. Allstate Insurance Company

APPEARANCES:

FOR PLAINTIFF(S): Erica Eversman, Steven Goldstein, Donald Pupke

FOR DEFENDANT(S): Andrew Hahn, David Monachino

FTR: 1:58 - 12:00                  COURTROOM DEPUTY: Mary Ryan

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY_____ |
| | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
| | NEXT STATUS CONFERENCE SET FOR_____ |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____ FOR_____ |
| | MOTION TO BE FILED BY __//2011 ; RESPONSE BY __//2011 ; REPLY BY __//2011 . |
| | ORAL ARGUMENT SET FOR __//2012 at_____ |
| | JURY SELECTION SET FOR_____ |
| | TRIAL SET FOR_____ |
| X | OTHER Daubert hearing scheduled for 1/30/2012 at 10:00 a.m. Court will allow defendants to call their own expert witnesses. |